**Motion Granted; Abatement Order filed September 10, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00224-CV
_____

**PRABHAKAR GUNIGANTI, INDIVIDUALLY, THE GUNIGANTI CHILDREN'S 1999 TRUST, AND TRIPLE PG SAND DEVELOPMENT, LLC, Appellants**

**V.**

**C & S COMPONENTS COMPANY, LTD, Appellee**

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2012-41323**

## ABATEMENT ORDER

On September 4, 2015, appellants notified this court that the parties are attempting settlement, and requested that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until October 14, 2015. The appeal will be reinstated on this court's

active docket at that time, or before, if the parties file a motion to dismiss the appeal or other dispositive motion prior to October 14, 2015. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Busby.